B1 (Official Form 1) (04/13)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wolkowitz, Steven M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wolkowitz, Marcella** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **4159** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **2169** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**34206 N Trillium Way**<br>**Round Lake, IL**                     ZIPCODE **60073** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**34206 N Trillium Way**<br>**Round Lake, IL**                     ZIPCODE **60073** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.)<br><br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)<br><br>☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☐ Chapter 11            Main Proceeding<br>☐ Chapter 12         ☐ Chapter 15 Petition for<br>☐ Chapter 13            Recognition of a Foreign<br>                                       Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer       ☐ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter.*)<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                          Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Wolkowitz, Steven M & Wolkowitz, Marcella** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X **/s/ Paul R. Idlas**                                    **8/14/13** <br> Signature of Attorney for Debtor(s)                  Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Wolkowitz, Steven M & Wolkowitz, Marcella**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven M Wolkowitz**
Signature of Debtor          **Steven M Wolkowitz**

X **/s/ Marcella Wolkowitz**
Signature of Joint Debtor          **Marcella Wolkowitz**

Telephone Number (If not represented by attorney)

**August 14, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Paul R. Idlas**
Signature of Attorney for Debtor(s)

**Paul R. Idlas**
**Law Office of Paul R. Idlas**
**1099 N. Corporate Cir.**
**Grayslake, IL   60030**

**paul@idlas.com**

**August 14, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                      Case No. _____

**Wolkowitz, Steven M** _____    Chapter **7** _____
                                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Steven M Wolkowitz** _____

Date: **August 14, 2013** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Wolkowitz, Marcella**                                                   Chapter **7** _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Marcella Wolkowitz** _____

Date: **August 14, 2013** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Wolkowitz, Steven M & Wolkowitz, Marcella _____   Chapter **7** _____
_____Debtor(s)_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $    130,000.00 | | |
| B - Personal Property | Yes | 3 | $     78,598.68 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    185,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $    167,766.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $     3,141.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $     3,408.58 |
| TOTAL | | 28 | $    208,598.68 | $    352,766.04 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                          Case No. _____

Wolkowitz, Steven M & Wolkowitz, Marcella _____  Chapter **7** _____
_____Debtor(s)_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **3,141.33** |
| Average Expenses (from Schedule J, Line 18) | $ | **3,408.58** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **1,805.33** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **45,500.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **167,766.04** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **213,266.04** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                                   Case No. _____
_____                                                         
Debtor(s)                                                                            (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **34206 N Trillium Way**<br>**Round Lake, IL 60073** | | **J** | **130,000.00** | **173,000.00** |
| | | **TOTAL** | **130,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | H | 20.00 |
| | | **Cash on hand** | W | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking: Bank of America** | J | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Washer, dryer, refrigerator, stove/oven, pots and pans, utensils, tables, chairs, lamps, couch, bed, dresser, 5 TV's, DVD player, personal computer, laptop computer, vacuum cleaner and other misc household goods** | H | 1,000.00 |
| | | **Washer, dryer, refrigerator, stove/oven, pots and pans, utensils, tables, chairs, lamps, couch, bed, dresser, 5 TV's, DVD player, personal computer, laptop computer, vacuum cleaner and other misc household goods** | W | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | H | 400.00 |
| | | **Wearing apparel** | W | 400.00 |
| 7.  Furs and jewelry. | | **Furs and jewelry** | H | 150.00 |
| | | **Furs and jewelry** | W | 400.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Walgreens 401(k)** | W | **36,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **163 of Walgreens** | W | **8,208.68** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Walgreens employment discrimination disputed, contingent, unliquidated** | J | **15,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Mercury Sable** | J | **2,000.00** |
| | | **2001 Dodge Caravan** | H | **4,500.00** |

**B6B (Official Form 6B) (12/07) – Cont.**

IN RE __Wolkowitz, Steven M & Wolkowitz, Marcella__                           Case No. _____

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **2009 Kia Rondo** | J | 9,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **78,598.68** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE <u>Wolkowitz, Steven M & Wolkowitz, Marcella</u>            Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **34206 N Trillium Way** **Round Lake, IL 60073** | **735 ILCS 5 §12-901** | **30,000.00** | **130,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **20.00** | **20.00** |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **20.00** | **20.00** |
| **Washer, dryer, refrigerator, stove/oven, pots and pans, utensils, tables, chairs, lamps, couch, bed, dresser, 5 TV's, DVD player, personal computer, laptop computer, vacuum cleaner and other misc household goods** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **Washer, dryer, refrigerator, stove/oven, pots and pans, utensils, tables, chairs, lamps, couch, bed, dresser, 5 TV's, DVD player, personal computer, laptop computer, vacuum cleaner and other misc household goods** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing apparel** | **735 ILCS 5 §12-1001(a)** | **400.00** | **400.00** |
| **Wearing apparel** | **735 ILCS 5 §12-1001(a)** | **400.00** | **400.00** |
| **Furs and jewelry** | **735 ILCS 5 §12-1001(b)** | **150.00** | **150.00** |
| **Furs and jewelry** | **735 ILCS 5 §12-1001(b)** | **400.00** | **400.00** |
| **Walgreens 401(k)** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **36,000.00** | **36,000.00** |
| **163 of Walgreens** | **735 ILCS 5 §12-1001(b)** | **4,564.00** | **8,208.68** |
| **Claim against Walgreens employment discrimination disputed, contingent, unliquidated** | **735 ILCS 5 §12-1001(b)** | **846.00** | **15,000.00** |
| **2001 Dodge Caravan** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **4,500.00** |
| **2009 Kia Rondo** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **9,500.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                    Case No. _____

Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....**7608** <br><br>**Ally Bank** <br>**PO Box 380901** <br>**Bloomington, MN  55438** | | J | **2009 Kia Rondo** <br><br><br><br> VALUE $ **9,500.00** | | | | **12,000.00** | **2,500.00** |
| ACCOUNT NO. ....**3027** <br><br>**Wells Fargo Home Mortgage** <br>**PO Box 14547** <br>**Des Moines, IA  50306** | | J | **34206 N Trillium Way** <br>**Round Lake, IL 60073** <br><br><br> VALUE $ **130,000.00** | | | | **173,000.00** | **43,000.00** |
| ACCOUNT NO. | | | <br><br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | Subtotal <br> (Total of this page) | $ **185,000.00** | $ **45,500.00** |
|---|---|---|---|
|  | Total <br> (Use only on last page) | $ **185,000.00** | $ **45,500.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**    Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Wolkowitz, Steven M & Wolkowitz, Marcella</u>     Case No. _____
        Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....**2028**<br><br>**"R" Us Credit Card**<br>**Bankruptcy Dept.**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | W | | | | | **111.94** |
| ACCOUNT NO. ....**6159**<br><br>**A-Tec Ambulance Inc**<br>**PO Box 457**<br>**Wheeling, IL  60090** | | W | | | | | **730.00** |
| ACCOUNT NO.<br><br>**Northwest Collectors Inc**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL  60008-3106** | | | **Assignee or other notification for:**<br>**A-Tec Ambulance Inc** | | | | |
| ACCOUNT NO. ....**6434**<br><br>**ADT Security Services**<br>**PO Box 631877**<br>**Irving, TX  75063** | | W | | | | | **59.98** |

     __15__ continuation sheets attached

Subtotal (Total of this page) $ **901.92**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE <u>Wolkowitz, Steven M & Wolkowitz, Marcella</u>              Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....8774<br>**Advocate Condell Medical Center**<br>PO Box 6572<br>Carol Stream, IL 60197 | | J | ....9671, ....4687, ....8390, ....0397, ....0257, ....8597, ....9773, ....9393, ....8597, ....9521, ....0021 | | | | 15,069.65 |
| ACCOUNT NO.<br>**Medical Recovery Specialists, LLC**<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018 | | | Assignee or other notification for:<br>**Advocate Condell Medical Center** | | | | |
| ACCOUNT NO. ....8827<br>**Advocate Lutheran General Hospital**<br>1775 W Dempster<br>Park Ridge, IL 60068 | | J | | | | | 1,578.96 |
| ACCOUNT NO. ....5935<br>**AMC Kenosha**<br>PO Box 341700<br>Milwaukee, WI 53234 | | W | | | | | 150.00 |
| ACCOUNT NO.<br>**Harris & Harris, Ltd**<br>111 W Jackson Blvd Ste 400<br>Chicago, IL 60604-4135 | | | Assignee or other notification for:<br>**AMC Kenosha** | | | | |
| ACCOUNT NO. ....0ASM<br>**Associates In Sleep Medicine. Llc**<br>10640 W 165th St<br>Orland Park, IL 60467 | | W | | | | | 240.00 |
| ACCOUNT NO. ....8004<br>**AT&T**<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | | J | | | | | 99.87 |

Sheet no. **1** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 17,138.48

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                     Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....8004<br><br>**AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream, IL  60197** | | H | | | | | 192.12 |
| ACCOUNT NO. ....3834<br><br>**Bank Of America**<br>**PO Box 15019**<br>**Wilmington, DE  19850** | | H | | | | | 1,055.45 |
| ACCOUNT NO.<br><br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12914**<br>**Norfolk, VA  23541-0914** | | | Assignee or other notification for:<br>Bank Of America | | | | |
| ACCOUNT NO. ....3444<br><br>**Best Practices Inpatient Care, Ltd**<br>**PO Box 268**<br>**Lake Zurich, IL  60047** | | W | | | | | 70.60 |
| ACCOUNT NO. ....3941<br><br>**Bill Me Later**<br>**PO Box 105658**<br>**Atlanta, GA  30348** | | H | | | | | 1,315.41 |
| ACCOUNT NO.<br><br>**RGS Collections**<br>**PO Box 852039**<br>**Richardson, TX  75085** | | | Assignee or other notification for:<br>Bill Me Later | | | | |
| ACCOUNT NO. ....6633<br><br>**BioReference**<br>**481 Edward H. Ross Dr.**<br>**Elmwood Park, NJ  07407** | | W | | | | | 184.45 |

Sheet no. **2** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 2,818.03

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....**0050**<br>**Centegra Hospital**<br>**PO Box 1447**<br>**Woodstock, IL 60098** | | J | ....1167, ....0353, ....1335, ....0116, ....0035 | | | | 28,213.12 |
| ACCOUNT NO.<br>**H&R Accounts**<br>**PO Box 672**<br>**Moline, IL 61266** | | | **Assignee or other notification for:**<br>**Centegra Hospital** | | | | |
| ACCOUNT NO. ....**3539**<br>**Centegra Physician Care**<br>**PO Box 37847**<br>**Philadelphia, PA 19101** | | W | ....3356 | | | | 1,910.00 |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**PO Box 15740**<br>**Wilmington, DE 19850-5740** | | | **Assignee or other notification for:**<br>**Centegra Physician Care** | | | | |
| ACCOUNT NO. ....**4749**<br>**Chase Bank U.S.A., N.A.**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | J | ....2095, ....9813 | | | | 14,523.82 |
| ACCOUNT NO.<br>**Allied Interstate**<br>**PO Box 15548**<br>**Wilmington, DE 19886** | | | **Assignee or other notification for:**<br>**Chase Bank U.S.A., N.A.** | | | | |
| ACCOUNT NO.<br>**LTD Financial Services**<br>**7322 SW Freeway Ste 1600**<br>**Houston, TX 77074** | | | **Assignee or other notification for:**<br>**Chase Bank U.S.A., N.A.** | | | | |

Sheet no. ____**3**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **44,646.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Wolkowitz, Steven M & Wolkowitz, Marcella                                    Case No. _____
_____
                    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ARS National Services, Inc.** <br> **PO Box 463023** <br> **Escondido, CA  92046** | | | **Assignee or other notification for:** <br> **Chase Bank U.S.A., N.A.** | | | | |
| ACCOUNT NO. ....**2518** <br> **Chicago Lake Shore Medical Association** <br> **676 N St Clair Ste 2300** <br> **Chiago, IL  60611** | | W | ....**7237** | | | | **575.00** |
| ACCOUNT NO. <br> **ATG Credit LLC** <br> **PO Box 14895** <br> **Chicago, IL  60614** | | | **Assignee or other notification for:** <br> **Chicago Lake Shore Medical Association** | | | | |
| ACCOUNT NO. ....**1285** <br> **CitiBank** <br> **PO Box 6500** <br> **Sioux Falls, SD  57117** | | H | | | | | **11,860.61** |
| ACCOUNT NO. <br> **United Collection Bureau, Inc** <br> **5620 Southwyck Blvd Ste 206** <br> **Toledo, OH  43614** | | | **Assignee or other notification for:** <br> **CitiBank** | | | | |
| ACCOUNT NO. <br> **ARS National Services, Inc.** <br> **PO Box 463023** <br> **Escondido, CA  92046** | | | **Assignee or other notification for:** <br> **CitiBank** | | | | |
| ACCOUNT NO. ....**7533** <br> **Cleveland Clinic** <br> **PO Box 89410** <br> **Cleveland, OH  44101** | | W | | | | | **150.00** |

Sheet no. __4__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **12,585.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Wolkowitz, Steven M & Wolkowitz, Marcella</u>                        Case No. _____
                              Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Revenue Group**<br>**3700 Park East Dr Ste 240**<br>**Beachwood, OH 44122** | | | **Assignee or other notification for:**<br>**Cleveland Clinic** | | | | |
| ACCOUNT NO. ....7258<br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398** | | H | | | | | **411.32** |
| ACCOUNT NO. ....1057<br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | J | | | | | **104.00** |
| ACCOUNT NO. ....9778<br>**CompUSA Preferred Account**<br>**PO Box 105658**<br>**Atlanta, GA 30348** | | H | | | | | **1,280.41** |
| ACCOUNT NO. ....0257<br>**Condell Medical Center**<br>**755 S Milwaukee Ave Ste 127**<br>**Libertyville, IL 60048-3267** | | W | ....0397, ....9393, ....8597 | | | | **10,213.50** |
| ACCOUNT NO.<br>**Medical Recovery Specialist, LLC**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL 60018-4521** | | | **Assignee or other notification for:**<br>**Condell Medical Center** | | | | |
| ACCOUNT NO. ....NBH<br>**Debbie Ellis, LCSW**<br>**4212 Old Grand Ave Ste 102**<br>**Gurnee, IL 60031** | | W | | | | | **172.66** |

Sheet no. ____**5**____ of ____**15**____ continuation sheets attached to                      Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims       (Total of this page)  $ **12,181.89**

                                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Wolkowitz, Steven M & Wolkowitz, Marcella                    Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....A546<br>**Deerpath Primary Care, SC**<br>**1800 Hollister Dr Ste 102**<br>**Libertyville, IL  60048** | | H | | | | | **371.00** |
| ACCOUNT NO. ....A001<br>**Dr. Devang Dharia**<br>**C/O Armor Systems Corp**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL  60099-5105** | | W | | | | | **123.00** |
| ACCOUNT NO. ....0246<br>**Erie Insurance**<br>**100 Erie Ins.  Pl.**<br>**Erie, PA  16530** | | J | | | | | **137.58** |
| ACCOUNT NO. ....9590<br>**Family Service/CMHC For McH Co**<br>**4100 Veterans Parkway**<br>**McHenry, IL  60050** | | W | | | | | **150.00** |
| ACCOUNT NO. ....4759<br>**Fox Lake Fire Protection**<br>**PO Box 88850**<br>**Carol Stream, IL  60188** | | W | | | | | **911.00** |
| ACCOUNT NO.<br>**Merchants Credit Guide Co**<br>**223 W Jackson Blvd Ste 700**<br>**Chicago, IL  60606-6914** | | | **Assignee or other notification for:**<br>**Fox Lake Fire Protection** | | | | |
| ACCOUNT NO. ....6468<br>**Gastroenterologists LTD**<br>**C/O Certified Services, Inc**<br>**PO Box 177**<br>**Waukegan, IL  60079** | | W | | | | | **70.08** |

Sheet no. __6__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,762.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                                    Case No. _____
            Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....5799<br><br>**GE Capital Retail Bank**<br>**PO Box 965004**<br>**Orlando, FL 32896** | | H | ....1685, 2028 | | | | 936.97 |
| ACCOUNT NO. ....1685<br><br>**GE Capital Retail Bank**<br>**PO Box 965083**<br>**Orlando, FL 32896** | | H | | | | | 1,196.81 |
| ACCOUNT NO.<br><br>**Zwicker & Associates, P.C.**<br>**7366 N Lincoln Ave Ste 102**<br>**Lincolnwood, IL 60712-1738** | | | **Assignee or other notification for:**<br>**GE Capital Retail Bank** | | | | |
| ACCOUNT NO.<br><br>**Grand Oaks Behavioral Health**<br>**1800 Hollister Dr. #201**<br>**Libertyville, IL 60048** | | W | | | | | 100.00 |
| ACCOUNT NO. ....0236<br><br>**Gurnee Counseling Center**<br>**C/O Dennis A Brebner & Associates**<br>**860 S Northpoint Blvd**<br>**Waukegan, IL 60085-8211** | | W | | | | | 1,084.52 |
| ACCOUNT NO. ....0000<br><br>**Hosep Deyrmenjian, MD**<br>**1445 Hunt Club Rd Ste 303**<br>**Gurnee, IL 60031** | | J | ....0001 | | | | 250.00 |
| ACCOUNT NO. ....0246<br><br>**HSBC Retail Services**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | | W | | | | | 137.58 |

Sheet no. **7** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **3,705.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Wolkowitz, Steven M & Wolkowitz, Marcella                                    Case No. _____
_____
                    Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....6742 **In Sleep Medicine, Assoc C/O First Federal Credit Control PO Box 20790 Columbus, OH 43220-0790** | | J | | | | | **240.00** |
| ACCOUNT NO. ....3670 **Infinity Healthcare PO Box 3261 Milwaukee, WI 53201** | | J | ....5388, ....2259, ....7625, ....2750, ....9284, ....4589, ....5866 | | | | **2,683.40** |
| ACCOUNT NO. **Nationwide Credit Corp. PO Box 9156 Alexandria, VA 22304-0156** | | | Assignee or other notification for: **Infinity Healthcare** | | | | |
| ACCOUNT NO. ....0465 **Lake County Dept. Of Public Works 650 W Winchester Rd Libertyville, IL 60048** | | J | | | | | **53.30** |
| ACCOUNT NO. ....4812 **Lake County Health Dept 3010 Grand Ave Waukegan, IL 60085** | | W | | | | | **108.00** |
| ACCOUNT NO. ....9620 **Lake County Radiology Associates 36104 Treasury Ctr Chicago, IL 60694-6100** | | W | ....1974, ....3386 | | | | **2,087.00** |
| ACCOUNT NO. **Dependon Collection Service, Inc. PO Box 4833 Oak Brook, IL 60522-4833** | | | Assignee or other notification for: **Lake County Radiology Associates** | | | | |

Sheet no. __8__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,171.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                                    Case No. _____

_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....7840<br><br>**Lake Heart Specialists**<br>**35 Tower Court Ste F**<br>**Gurnee, IL  60031** | | W | | | | | 33.80 |
| ACCOUNT NO.<br><br>**Certified Services**<br>**PO Box 177**<br>**Waukegan, IL  60079** | | | Assignee or other notification for:<br>Lake Heart Specialists | | | | |
| ACCOUNT NO. ....0791<br><br>**Lake McHenry Pathology Assoc**<br>**520 E 22nd St**<br>**Lombard, IL  60148** | | W | | | | | 248.00 |
| ACCOUNT NO. ....5865<br><br>**Lakes Disposal Services**<br>**PO Box 296**<br>**Fox Lake, IL  60020** | | H | | | | | 81.00 |
| ACCOUNT NO. ....0465<br><br>**Lakes Region Sanitary District**<br>**25700 W Old Grand Sve**<br>**Ingleside, IL  60041** | | J | | | | | 64.65 |
| ACCOUNT NO. ....6139<br><br>**Lindenhurst Pediatrics**<br>**2031 E Grand Ave Ste 200**<br>**Lindenhurst, IL  60046-9094** | | J | ....6141 | | | | 655.00 |
| ACCOUNT NO. ....4003<br><br>**Marathon Visa**<br>**Bankruptcy Dept**<br>**PO Box 182125**<br>**Columbus, OH  43218** | | J | | | | | 6,667.82 |

Sheet no. **9** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **7,750.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Wolkowitz, Steven M & Wolkowitz, Marcella    Case No. _____
_____
          Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....0112<br>**McHenry Radiologists & Imaging Assoc**<br>PO Box 220<br>McHenry, IL  60051 | | W | ....8312 | | | | 346.00 |
| ACCOUNT NO.<br>**OAC**<br>PO Box 371100<br>Milwaukee, WI  53237-2200 | | | Assignee or other notification for:<br>McHenry Radiologists & Imaging Assoc | | | | |
| ACCOUNT NO.<br>**Business Revenue Systems, Inc**<br>PO Box 13077<br>Des Moines, IA  50310-0077 | | | Assignee or other notification for:<br>McHenry Radiologists & Imaging Assoc | | | | |
| ACCOUNT NO. ....1913<br>**Medical Eye Services, LTD**<br>48 S Greenleaf St<br>Gurnee, IL  60031 | | J | ....2002 | | | | 150.00 |
| ACCOUNT NO. ....4490<br>**Methodist Hospital Southlake**<br>C/O Trustmark Recovery Services<br>541 Otis Bowen Dr<br>Munster, IN  46321-4158 | | J | ....0355 | | | | 182.00 |
| ACCOUNT NO. ....3444<br>**Midwest Diagnostic Pathology, SC**<br>75 Remittance Dr Ste 3070<br>Chicago, IL  60675 | | W | ....1606, ....4571 | | | | 186.70 |
| ACCOUNT NO. ....WITZ<br>**Mohammad H. Bawani, MD**<br>1105 W Park Ave Ste 1<br>Libertyville, IL  60048 | | W | | | | | 70.08 |

Sheet no. **10** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $    934.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                          Case No. _____
        Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....3358 **Nicor Gas** PO Box 0632 Aurora, IL  60507 | | H | | | | | 51.08 |
| ACCOUNT NO. ....A001 **Northwest Primary Care** 2214 Huntington Drive North Algonquin, IL  60102 | | W | | | | | 123.00 |
| ACCOUNT NO. ....5932 **Northwestern Lake Forest Hospital** 660 N Westmoreland Road Lake Forest, IL  60045 | | W | ....1230, ....2384, ....2380 | | | | 15,965.81 |
| ACCOUNT NO. **Malcolm S. Gerald And Associates, Inc** 332 S Michigan Ave Ste 600 Chicago, IL  60604 | | | **Assignee or other notification for:** Northwestern Lake Forest Hospital | | | | |
| ACCOUNT NO. **CBCS 21** PO Box 2334 Columbus, OH  43216-2334 | | | **Assignee or other notification for:** Northwestern Lake Forest Hospital | | | | |
| ACCOUNT NO. ....8793 **Northwestern Memorial Hospital** PO Box 73690 Chicago, IL  60673 | | W | ....1614, ....5733, ....1710 | | | | 8,327.00 |
| ACCOUNT NO. **MiraMed Revenue Group** PO Box 77000 Detroit, MI  48277 | | | **Assignee or other notification for:** Northwestern Memorial Hospital | | | | |

Sheet no. __11__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,466.89

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Wolkowitz, Steven M & Wolkowitz, Marcella
_____    Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....7985 **Park Rheumatology, Llc** **425 Huehl Rd Bldg #8** **Northbrook, IL  60062** | | W | | | | | 44.00 |
| ACCOUNT NO. ...8012 **Pendrick Capital Partners** **C/O Virtuoso Sourcing Group** **PO Box 5818** **Denver, CO  80217-5818** | | W | ....8013 | | | | 91.20 |
| ACCOUNT NO. ...8791 **Pulmonary Medicine Associates** **PO Box 616** **Forest Park, IL  60130** | | W | | | | | 40.40 |
| ACCOUNT NO. ....6394 **Quest Diagnostics** **1355 Mittel Boulevard** **Wood Dale, IL  60191** | | J | ....6401, ....6413 | | | | 146.64 |
| ACCOUNT NO. **AMCA** **PO Box 1235** **Elmsford, NY  10523-0935** | | | Assignee or other notification for: Quest Diagnostics | | | | |
| ACCOUNT NO. ....MSC **Robin Miller, LCSW** **4212 Old Grand Ave Ste 102** **Gurnee, IL  60031** | | W | | | | | 694.96 |
| ACCOUNT NO. ....9301 **Scheer Surgical, S.C.** **20 Tower Ct Ste A** **Gurnee, IL  60031-5711** | | H | | | | | 1.65 |

Sheet no. __12__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,018.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....8653<br>**Sinai Medical Group**<br>**3537 Paysphere Circle**<br>**Chicago, IL  60674** | | W | ....9966 | | | | 2,926.60 |
| ACCOUNT NO.<br>**Nationwide Credit & Collection**<br>**PO Box 3159**<br>**Oak Brook, IL  60522-3159** | | | Assignee or other notification for:<br>Sinai Medical Group | | | | |
| ACCOUNT NO. ....1574<br>**Take Care Clinic**<br>**16760 Collections Center Dr**<br>**Chicago, IL  60693-0167** | | J | ....0064, ....6781 | | | | 318.00 |
| ACCOUNT NO.<br>**The Cleveland Clinic**<br>**9500 Euclid Ave**<br>**Cleveland, OH  44195** | | W | | | | | unknown |
| ACCOUNT NO. ....3434<br>**The Room Place**<br>**PO Box 182125**<br>**Columbus, OH  43218** | | W | | | | | 2,112.07 |
| ACCOUNT NO.<br>**Comenity**<br>**PO Box 182273**<br>**Columbus, OH  43218** | | | Assignee or other notification for:<br>The Room Place | | | | |
| ACCOUNT NO. ....3180<br>**The University Of Chicago Medical Center**<br>**15965 Collections Center Dr**<br>**Chicago, IL  60693** | | W | ....4936, ....9331, ....0090, ....6899, ....1331, ....2181,<br>....6111, ....0355, ....0505 | | | | 10,692.25 |

Sheet no. **13** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,048.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Wolkowitz, Steven M & Wolkowitz, Marcella                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Trustmark Recovery Services**<br>**541 Otis Bowen Dr**<br>**Munster, IN  46321** | | | Assignee or other notification for:<br>The University Of Chicago Medical Center | | | | |
| ACCOUNT NO. ....**4936**<br>**The University Of Chicago Physicians Gro**<br>**75 Remittance Dr Ste 1385**<br>**Chicago, IL  60675** | | W | | | | | **831.00** |
| ACCOUNT NO. ....**2028**<br>**Toys R Us**<br>**Bankruptcy Dept**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | W | | | | | **115.65** |
| ACCOUNT NO. ....**7377**<br>**United Recovery Service, LLC**<br>**18525 Torrence Ave Ste C-6**<br>**Lansing, IL  60438** | | W | | | | | **253.69** |
| ACCOUNT NO. ....**1978**<br>**Uropartners LLC**<br>**3183 Paysphere Circle**<br>**Chicago, IL  60674-0031** | | H | | | | | **7.30** |
| ACCOUNT NO. ....**3663**<br>**US Bank**<br>**PO Box 6352**<br>**Fargo, ND  58125** | | W | | | | | **13,842.59** |
| ACCOUNT NO.<br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12914**<br>**Norfolk, VA  23541-0914** | | | Assignee or other notification for:<br>US Bank | | | | |

Sheet no. __14__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **15,050.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                    Case No. _____
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....**2022.1** <br> **Vista Imaging Assoc** <br> **PO Box 2049** <br> **Milwaukee, WI  53201** | | H | | | | | 145.00 |
| ACCOUNT NO. <br> **AR Resources, Inc.** <br> **PO Box 10336** <br> **Jacksonville, FL  32247** | | | **Assignee or other notification for:** <br> **Vista Imaging Assoc** | | | | |
| ACCOUNT NO. ....**1866** <br> **Vista Medical Center - East** <br> **C/O Dorian B LaSaine** <br> **456 Fulton St Ste 210** <br> **Peoria, IL  61602-1220** | | J | | | | | 870.42 |
| ACCOUNT NO. <br> **Dorian B. LaSaine** <br> **456 Fulton Ste 210** <br> **Peoria, IL  61602** | | | **Assignee or other notification for:** <br> **Vista Medical Center - East** | | | | |
| ACCOUNT NO. ....**2022** <br> **Vista Medical Center West** <br> **1324 N Sheridan Rd** <br> **Waukegan, IL  60085** | | H | | | | | 567.57 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**15**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,582.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **167,766.04**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                                    Case No. _____
_____
                        Debtor(s)                                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Wolkowitz, Steven M & Wolkowitz, Marcella**          Case No. _____
<u>Debtor(s)</u>                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** **Son** | AGE(S): **16** **12** **6** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | **Temporarily Disabled** |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                    DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ **0.00** |
| **4. LESS PAYROLL DEDUCTIONS** | | |
|   a. Payroll taxes and Social Security | $ _____ | $ _____ |
|   b. Insurance | $ _____ | $ _____ |
|   c. Union dues | $ _____ | $ _____ |
|   d. Other (specify) _____ | $ _____ | $ _____ |
|   | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) **See Schedule Attached** | $ **1,805.33** | $ **1,336.00** |
|   | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
|   | $ _____ | $ _____ |
|   | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **1,805.33** | $ **1,336.00** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **1,805.33** | $ **1,336.00** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)          $ _____ **3,141.33**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Steven Wolkowitz starts new job in August and is expected to earn approximately $5,250/mo gross.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Wolkowitz, Steven M & Wolkowitz, Marcella</u>                    Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Social Security or other government assistance: | | |
| **Unemployment** | **1,805.33** | |
| **Social Security** | | **1,336.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Wolkowitz, Steven M & Wolkowitz, Marcella</u>                    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,135.58 |
| a. Are real estate taxes included?    Yes ____  No ✓ | |
| b. Is property insurance included?  Yes ____  No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 250.00 |
| b. Water and sewer | $ 48.00 |
| c. Telephone | $ 170.00 |
| d. Other  **AT&T (Internet And TV, Phone)** | $ 180.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 400.00 |
| 5. Clothing | $ |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ |
| b. Life | $ |
| c. Health | $ |
| d. Auto | $ |
| e. Other  **Fire Insurance (Auto And Home)** | $ 225.00 |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Real Estate Taxes** | $ 500.00 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.         $ 3,408.58

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 3,141.33 |
| b. Average monthly expenses from Line 18 above | $ 3,408.58 |
| c. Monthly net income (a. minus b.) | $ -267.25 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Wolkowitz, Steven M & Wolkowitz, Marcella _____   Case No. _____
                                    Debtor(s)                                                                      (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____30 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 14, 2013** _____   Signature: **/s/ Steven M Wolkowitz** _____

                                                         **Steven M Wolkowitz**                                                    Debtor

Date: **August 14, 2013** _____   Signature: **/s/ Marcella Wolkowitz** _____

                                                         **Marcella Wolkowitz**                                                (Joint Debtor, if any)

                                                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer             Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                         _____
                                         (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Wolkowitz, Steven M & Wolkowitz, Marcella**                            Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐ including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 83,300.00 | 2011 H |
| 8,300.00 | 2011 W |
| 83,829.00 | 2012 |

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☐ **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 247.00 | 2011 Dividends |
| 2,289.89 | 2012 W Disability payment |
| 26,761.20 | 2013 SS |
| 14,796.00 | 2012 SS |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Home Mortgage**<br>**PO Box 14547**<br>**Des Moines, IA  50306** | **3 pymts of $1135/mo** | **0.00** | **0.00** |
| **Ally Bank**<br>**PO Box 380901**<br>**Bloomington, MN  55438** | **3 pymts of $271/mo** | **0.00** | **0.00** |
| **PNC Bank**<br>**PO Box 5570**<br>**Brecksville, OH  44101** | **3 pymts of $256/mo** | **0.00** | **0.00** |

None ☑   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Waukegan Illinois Hospital Co vs. Wolkowitz 12 SC 5908** | **Collections** | **Lake County, IL** | **Judgment** |
| **Vista Medical Center East vs. Wolkowitz 12 SC 5908** | **Collection** | **Lake County, IL** | **Judgment** |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **PNC Bank**<br>**PO Box 5343**<br>**Cleveland, OH  44101-0343** | **July 2012** | **2007 Nissan Quest**<br>**voluntary surrendered** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **1999 Olds Alero paid $2900.00 Erie Insurance** | | **July 31, 2013** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Paul R. Idlas 1099 N. Corporate Cir. Grayslake, IL  60030-1688** | **3/22/2012** | **1,800.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **M'Lady Nissan Crystal Lake, IL** | **October 2011** | **2005 Dodge Caravan traded in for Nissan Quest** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 14, 2013**          Signature  */s/ Steven M Wolkowitz*
                                  of Debtor                                    **Steven M Wolkowitz**

Date: **August 14, 2013**          Signature  */s/ Marcella Wolkowitz*
                                  of Joint Debtor                              **Marcella Wolkowitz**
                                  (if any)

                    _____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                 Case No. _____

Wolkowitz, Steven M & Wolkowitz, Marcella                            Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ally Bank** | **Describe Property Securing Debt:**<br>**2009 Kia Rondo** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**34206 N Trillium Way** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**August 14, 2013**_____        **/s/ Steven M Wolkowitz**_____
                                            Signature of Debtor

                                            **/s/ Marcella Wolkowitz**_____
                                            Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                          Case No. _____

Wolkowitz, Steven M & Wolkowitz, Marcella _____    Chapter **7**_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **107**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 14, 2013**_____    */s/ Steven M Wolkowitz*_____
                                          Debtor

                                          */s/ Marcella Wolkowitz*_____
                                          Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Wolkowitz, Steven M
34206 N Trillium Way
Round Lake, IL  60073

AMC Kenosha
PO Box 341700
Milwaukee, WI  53234

Bill Me Later
PO Box 105658
Atlanta, GA  30348

Wolkowitz, Marcella
34206 N Trillium Way
Round Lake, IL  60073

AMCA
PO Box 1235
Elmsford, NY  10523-0935

BioReference
481 Edward H. Ross Dr.
Elmwood Park, NJ  07407

Law Office of Paul R. Idlas
1099 N. Corporate Cir.
Grayslake, IL  60030

AR Resources, Inc.
PO Box 10336
Jacksonville, FL  32247

Business Revenue Systems, Inc
PO Box 13077
Des Moines, IA  50310-0077

"R" Us Credit Card
Bankruptcy Dept.
PO Box 103104
Roswell, GA  30076

ARS National Services, Inc.
PO Box 463023
Escondido, CA  92046

CBCS 21
PO Box 2334
Columbus, OH  43216-2334

A-Tec Ambulance Inc
PO Box 457
Wheeling, IL  60090

Associates In Sleep Medicine. Llc
10640 W 165th St
Orland Park, IL  60467

Centegra Hospital
PO Box 1447
Woodstock, IL  60098

ADT Security Services
PO Box 631877
Irving, TX  75063

AT&T
PO Box 5025
Carol Stream, IL  60197-5025

Centegra Physician Care
PO Box 37847
Philadelphia, PA  19101

Advocate Condell Medical Center
PO Box 6572
Carol Stream, IL  60197

AT&T Mobility
PO Box 6416
Carol Stream, IL  60197

Certified Services
PO Box 177
Waukegan, IL  60079

Advocate Lutheran General Hospital
1775 W Dempster
Park Ridge, IL  60068

ATG Credit LLC
PO Box 14895
Chicago, IL  60614

Chase Bank U.S.A., N.A.
PO Box 15298
Wilmington, DE  19850

Allied Interstate
PO Box 15548
Wilmington, DE  19886

Bank Of America
PO Box 15019
Wilmington, DE  19850

Chicago Lake Shore Medical Association
676 N St Clair Ste 2300
Chiago, IL  60611

Ally Bank
PO Box 380901
Bloomington, MN  55438

Best Practices Inpatient Care, Ltd
PO Box 268
Lake Zurich, IL  60047

CitiBank
PO Box 6500
Sioux Falls, SD  57117

**Cleveland Clinic**
PO Box 89410
Cleveland, OH  44101

**Dr. Devang Dharia**
C/O Armor Systems Corp
1700 Kiefer Dr Ste 1
Zion, IL  60099-5105

**Harris & Harris, Ltd**
111 W Jackson Blvd Ste 400
Chicago, IL  60604-4135

**Comcast**
PO Box 3002
Southeastern, PA  19398

**Erie Insurance**
100 Erie Ins.  Pl.
Erie, PA  16530

**Hosep Deyrmenjian, MD**
1445 Hunt Club Rd Ste 303
Gurnee, IL  60031

**ComEd**
PO Box 6111
Carol Stream, IL  60197

**Family Service/CMHC For McH Co**
4100 Veterans Parkway
McHernry, IL  60050

**HSBC Retail Services**
PO Box 17602
Baltimore, MD  21297

**Comenity**
PO Box 182273
Columbus, OH  43218

**Fox Lake Fire Protection**
PO Box 88850
Carol Stream, IL  60188

**In Sleep Medicine, Assoc**
C/O First Federal Credit Control
PO Box 20790
Columbus, OH  43220-0790

**CompUSA Preferred Account**
PO Box 105658
Atlanta, GA  30348

**Gastroenterologists LTD**
C/O Certified Services, Inc
PO Box 177
Waukegan, IL  60079

**Infinity Healthcare**
PO Box 3261
Milwaukee, WI  53201

**Condell Medical Center**
755 S Milwaukee Ave Ste 127
Libertyville, IL  60048-3267

**GE Capital Retail Bank**
PO Box 965083
Orlando, FL  32896

**Lake County**
Dept. Of Public Works
650 W Winchester Rd
Libertyville, IL  60048

**Debbie Ellis, LCSW**
4212 Old Grand Ave Ste 102
Gurnee, IL  60031

**GE Capital Retail Bank**
PO Box 965004
Orlando, FL  32896

**Lake County Health Dept**
3010 Grand Ave
Waukegan, IL  60085

**Deerpath Primary Care, SC**
1800 Hollister Dr Ste 102
Libertyville, IL  60048

**Grand Oaks Behavioral Health**
1800 Hollister Dr. #201
Libertyville, IL  60048

**Lake County Radiology Associates**
36104 Treasury Ctr
Chicago, IL  60694-6100

**Dependon Collection Service, Inc.**
PO Box 4833
Oak Brook, IL  60522-4833

**Gurnee Counseling Center**
C/O Dennis A Brebner & Associates
860 S Northpoint Blvd
Waukegan, IL  60085-8211

**Lake Heart Specialists**
35 Tower Court Ste F
Gurnee, IL  60031

**Dorian B. LaSaine**
456 Fulton Ste 210
Peoria, IL  61602

**H&R Accounts**
PO Box 672
Moline, IL  61266

**Lake McHenry Pathology Assoc**
520 E 22nd St
Lombard, IL  60148

Lakes Disposal Services
PO Box 296
Fox Lake, IL  60020

Merchants Credit Guide Co
223 W Jackson Blvd Ste 700
Chicago, IL  60606-6914

Northwest Primary Care
2214 Huntington Drive North
Algonquin, IL  60102

Lakes Region Sanitary District
25700 W Old Grand Sve
Ingleside, IL  60041

Methodist Hospital Southlake
C/O Trustmark Recovery Services
541 Otis Bowen Dr
Munster, IN  46321-4158

Northwestern Lake Forest Hospital
660 N Westmoreland Road
Lake Forest, IL  60045

Lindenhurst Pediatrics
2031 E Grand Ave Ste 200
Lindenhurst, IL  60046-9094

Midwest Diagnostic Pathology, SC
75 Remittance Dr Ste 3070
Chicago, IL  60675

Northwestern Memorial Hospital
PO Box 73690
Chicago, IL  60673

LTD Financial Services
7322 SW Freeway Ste 1600
Houston, TX  77074

MiraMed Revenue Group
PO Box 77000
Detroit, MI  48277

OAC
PO Box 371100
Milwaukee, WI  53237-2200

Malcolm S. Gerald And Associates, Inc
332 S Michigan Ave Ste 600
Chicago, IL  60604

Mohammad H. Bawani, MD
1105 W Park Ave Ste 1
Libertyville, IL  60048

Park Rheumatology, Llc
425 Huehl Rd Bldg #8
Northbrook, IL  60062

Marathon Visa
Bankruptcy Dept
PO Box 182125
Columbus, OH  43218

Nationwide Credit & Collection
PO Box 3159
Oak Brook, IL  60522-3159

Pendrick Capital Partners
C/O Virtuoso Sourcing Group
PO Box 5818
Denver, CO  80217-5818

McHenry Radiologists & Imaging Assoc
PO Box 220
McHenry, IL  60051

Nationwide Credit Corp.
PO Box 9156
Alexandria, VA  22304-0156

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA  23541-0914

Medical Eye Services, LTD
48 S Greenleaf St
Gurnee, IL  60031

NCO Financial Systems
PO Box 15740
Wilmington, DE  19850-5740

Pulmonary Medicine Associates
PO Box 616
Forest Park, IL  60130

Medical Recovery Specialist, LLC
2250 E Devon Ave Ste 352
Des Plaines, IL  60018-4521

Nicor Gas
PO Box 0632
Aurora, IL  60507

Quest Diagnostics
1355 Mittel Boulevard
Wood Dale, IL  60191

Medical Recovery Specialists, LLC
2250 E Devon Ave Ste 352
Des Plaines, IL  60018

Northwest Collectors Inc
3601 Algonquin Rd Ste 232
Rolling Meadows, IL  60008-3106

Revenue Group
3700 Park East Dr Ste 240
Beachwood, OH  44122

RGS Collections
PO Box 852039
Richardson, TX  75085

Trustmark Recovery Services
541 Otis Bowen Dr
Munster, IN  46321

Robin Miller, LCSW
4212 Old Grand Ave Ste 102
Gurnee, IL  60031

United Collection Bureau, Inc
5620 Southwyck Blvd Ste 206
Toledo, OH  43614

Scheer Surgical, S.C.
20 Tower Ct Ste A
Gurnee, IL  60031-5711

United Recovery Service, LLC
18525 Torrence Ave Ste C-6
Lansing, IL  60438

Sinai Medical Group
3537 Paysphere Circle
Chicago, IL  60674

Uropartners LLC
3183 Paysphere Circle
Chicago, IL  60674-0031

Take Care Clinic
16760 Collections Center Dr
Chicago, IL  60693-0167

US Bank
PO Box 6352
Fargo, ND  58125

The Cleveland Clinic
9500 Euclid Ave
Cleveland, OH  44195

Vista Imaging Assoc
PO Box 2049
Milwaukee, WI  53201

The Room Place
PO Box 182125
Columbus, OH  43218

Vista Medical Center - East
C/O Dorian B LaSaine
456 Fulton St Ste 210
Peoria, IL  61602-1220

The University Of Chicago Medical Center
15965 Collections Center Dr
Chicago, IL  60693

Vista Medical Center West
1324 N Sheridan Rd
Waukegan, IL  60085

The University Of Chicago Physicians Gro
75 Remittance Dr Ste 1385
Chicago, IL  60675

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA  50306

Toys R Us
Bankruptcy Dept
PO Box 103104
Roswell, GA  30076

Zwicker & Associates, P.C.
7366 N Lincoln Ave Ste 102
Lincolnwood, IL  60712-1738

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                              Case No. _____

Wolkowitz, Steven M & Wolkowitz, Marcella _____   Chapter **7**_____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,800.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,800.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **There is no representation for adversary proceedings and other contested bankruptcy matters.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          /s/ Paul R. Idlas
       **August 14, 2013**
          Date                                   Paul R. Idlas
                                                 **Law Office of Paul R. Idlas**
                                                 **1099 N. Corporate Cir.**
                                                 **Grayslake, IL  60030**

                                                 **paul@idlas.com**

## BANKRUPTCY RETAINER AGREEMENT

CLIENT: Steven + Marcella Wolkowitz

CLIENT has retained the services of PAUL R. IDLAS, Attorney, to represent CLIENT with respect to a Chapter 7 Bankruptcy Petition.

Section A:

PAUL R. IDLAS will provide the legal services necessary to file the Chapter 7 Bankruptcy Petition, including but not necessarily limited to the following:

1. Consult with CLIENT with respect to CLIENT'S financial situation and the advantages and disadvantages of filing a Chapter 7 Bankruptcy Petition and advise of the possibilities of filing a bankruptcy petition under either Chapter 11, 12, or 13;

2. Discuss with CLIENT possible alternatives to filing a Bankruptcy Petition;

3. Obtaining information from CLIENT necessary to file a Chapter 7 Bankruptcy Petition, Schedules, Statement of Financial Affairs, and other documents required by the Court;

4. Advise CLIENT with respect to CLIENT'S attendance and testimony at the Section 341 Meeting with the Trustee;

5. Attend the Section 341 Meeting with the Trustee;

6. File amended schedules and amended answers to the Statement of financial Affairs if necessary or advisable;

7. Advise the CLIENT with respect to reaffirmations of debts and/or redemptions of property;

8. Advise and represent CLIENT with respect to Motions to Lift Automatic Stay if an are brought by creditor and appear in Court to present any meritorious defenses that CLIENT may have;

Section B:

CLIENT agrees to retain the services of PAUL R. IDLAS, Attorney, as described above, and further agrees to:

1. Provide PAUL R. IDLAS with the information he deems necessary in his professional opinion to prepare the Chapter 7 Bankruptcy Petition, including but not limited to:

   a. Full disclosure of all assets and liabilities;

   b. Valuation of assets;

   c. Names, addresses, account numbers and amounts owed to each creditor;

   d. Truthful answers to the questions contained in the Statement of Financial Affairs.

2. Pay PAUL R. IDLAS the sum of $ 1800.⁰⁰ prior to the filing of the Chapter 7 Bankruptcy Petition. The above amount is allocated as follows:

   • Attorney Fee:        $ 1494.00

   • Filing Fee:          $ 306.00

3. If CLIENT fails to provide all creditors, CLIENT agrees to pay $130.00 ($30.00 filing fee, $100.00 preparation fee) per additional filing if additional creditors are to be added after case has been filed.

4. If CLIENT does not complete the Personal Financial Management Class prior to bankruptcy discharge and provide us with the certificate, CLIENT will be obligated to pay an addition $410.00 ($260.00 filing fee, $150.00 preparation fee) fee to re-open their case.


Section C:

There are some matters that are specifically not covered by this fee stated in this Agreement. These issues do not typically arise in most Chapter 7 proceedings. This Agreement does not provide for representation of Client by PAUL R. IDLAS for the following:

1. Representing CLIENT in any Adversarial Proceeding including but not limited to prosecuting or defending a Complaint to Determine Dischargeability of Debt, defending an Object to Discharge brought against CLIENT and appealing an Order or Judgment which was entered against CLIENT.

2. Defending CLIENT against any complaint or action brought by the Trustee to avoid or to recover any transfer of property which CLIENT made prior to the filing of the Chapter 7 Petition.

3. Defending CLIENT against any complaint or action brought by the Trustee for CLIENT'S failure to turn over property claimed to be non-exempt by the Trustee.

If PAUL R. IDLAS does agree to represent CLIENT With respect to those matters described above, CLIENT and PAUL R. IDLAS shall enter into a separate representation and fee agreement for those services.

Section D:

CLIENT agrees to the following:

1. Because of scheduling conflicts, PAUL R. IDLAS may be unable to appear at a Section 341 Meeting or Court hearing as described in Section A above. PAUL R. IDLAS may have other attorneys of his choice appear to represent CLIENT at such meeting or hearing. There shall be no extra charge to CLIENT for the services of any attorney appearing in such instance.

---

CLIENT acknowledges that this Bankruptcy Retainer Agreement has been explained to CLIENT, read by CLIENT, understood by CLIENT and that the blanks in Section B have been filled in.

PAUL R. IDLAS

X _____
CLIENT

X _____
CLIENT

Date: 8/6/13

Date: 9/5/13